IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEREMY ALDRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:22-cv-342-TFM-B |
| | ) | |
| CITY OF LINDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before the Court is the *Stipulation of Dismissal With Prejudice*. Doc. 45, filed September 7, 2023. The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(i)-(ii). The stipulation is signed by counsel for all of the parties in this matter. Doc. 45.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the stipulation. Therefore, the claims in this case are dismissed with prejudice, with costs taxed as paid.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 7th day of September 2023.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE